```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00538
   CLARENCE T GIBSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1374

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/11/2008 and was confirmed 04/03/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/15/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED         4250.00          .00             .00
PREMIER BANKCARD          UNSECURED          294.89          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          155.64          .00             .00
MIDNIGHT VELVET           UNSECURED          477.29          .00             .00
SPRINT                    UNSECURED          237.44          .00             .00
VERIZON WIRELESS          UNSECURED         2542.11          .00             .00
VERIZON WIRELESS          UNSECURED        NOT FILED         .00             .00
VERIZON WIRELESS          UNSECURED        NOT FILED         .00             .00
VERIZON WIRELESS          UNSECURED        NOT FILED         .00             .00
WEST SIDE EMERGENCY PHYS  UNSECURED          366.00          .00             .00
WEST SUBURBAN MEDICAL CE  UNSECURED        NOT FILED         .00             .00
WEST SIDE EMERGENCY PHYS  UNSECURED          215.00          .00             .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     6075.88       218.68          953.99
IL STATE DISBURSEMENT UN  DSO ARREARS      11222.95          .00             .00
KAREN JACKSON             NOTICE ONLY     NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY             .00          .00             .00
RJM AQUISITIONS FUNDING   UNSECURED          109.11         .00             .00
HOUSEHOLD BANK            UNSECURED          707.04         .00             .00
DAVID M SIEGEL            DEBTOR ATTY      3,500.00                     1,108.93
TOM VAUGHN                TRUSTEE                                         198.40
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,480.00

PRIORITY                                            .00
SECURED                                          953.99
   INTEREST                                      218.68
UNSECURED                                           .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00538 CLARENCE T GIBSON

```
ADMINISTRATIVE                                                1,108.93
TRUSTEE COMPENSATION                                            198.40
DEBTOR REFUND                                                      .00
                                      ---------------   ---------------
TOTALS                                       2,480.00          2,480.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/05/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE